# Exhibit E

① SPRING VALLEY


**Prudential Connecticut Realty**

| HOME | BUYING | SELLING | MOVING | AGENTS & OFFICES | MORTGAGE | INSURANCE | ABOUT US | CAREERS |

Burlington CT Real Estate Listings
## LOT 11 HIGHWOOD CROSSING - $599,900

- Add to My Saved Properties
- Print Brochure
- Request Information
- See on a Map
- Birds Eye View
- Directions
- Community Profile
- E-mail Me Listings
- E-mail to a Friend
- SHARE



Estimated Monthly Payment: $2,687.41 **
Mortgage Calculator

| | |
|---|---|
| MLS #: | G541883 |
| Zip Code | 06013 |
| Type: | Single Family |
| Bedrooms: | 4 |
| Bathrooms: | 3 full 1 half |
| Sq. Ft.: | 3,400 |
| Fireplaces: | 2 |
| Basement: | FULL UFIN |
| Attic: | CRAWL |
| Int. Features: | FOYER CWNMLD CHRL WAIN |
| Ext. Features: | |
| Parking: | ATTCH |
| Cars: | 3 |
| Heating: | WAIR |
| Cooling: | CAIR |
| Water: | WELL |
| Sewer: | SEPTC |
| Year Built: | 2009 |
| Acreage: | 3.20 |
| School District: | LAKE GARDA HARBUR |



Pia Ciccone
View My Website
Office 860-675-0646
Cell 860-573-4026
Fax 860-606-9505
E-mail Me
10 Forest Park Drive
Farmington, CT 06032



COLONIAL
BURLINGTON'S FINEST ATOP TAINE MOUNTAIN*ON THE FARMINGTON LINE & MINUTES FROM ROUTE 44*SARD CUSTOM HOMES, LLC CAN HELP YOU CREATE YOUR NEW HOME*A COL HAS BEEN PROPOSED ON THIS PARCEL BUT BUILDER WILL ENTERTAIN OTHER PLANS*THE PERFECT OPPORTUNITY AWAITS!



** This Burlington CT Real Estate listing's estimated payment is based on a 30 yr fixed rate mortgage at a rate of 5.375% with a 20% down payment and one point. This calculation includes principal and interest payments only; property taxes, insurance, homeowners association fees in Burlington CT are not included. Please contact a Mortgage Planner to get an actual rate and payment. The rates and APR for this Burlington CT property listing will vary depending upon the actual loan amount, down payment and the points and fees for your transaction. Rates are subject to change without prior notice and may vary with your unique credit history. This is not an offer to extend consumer credit as defined by Paragraph 226.2 of Regulation Z. Equal Opportunity Lender. We make loans and extend credit for this Burlington CT real estate without regard to race, color, religion, national origin, sex, handicap, or familial status.

Prudential Connecticut Realty's largest selection of Burlington CT real estate listings of homes for sale, Burlington CT commercial real estate listings, condos, and MLS listings.

*Listing information has been assembled from various sources of varying degrees of reliability. Any information critical to the buying decision should be independently verified.*
*Last Updated: 5/19/2010 12:16:00 AM*

PRUDENTIAL PEQUOT PROPERTIES | MORTGAGE | INSURANCE | HOME EFFICIENT MOVING SERVICES | LUXURY HOMES | COMMERCIAL | RELOCATION | SUNSHINE KIDS | CAREERS | MVO | FEEDBACK
Specializing in Connecticut CT Homes for Sale and Real Estate
Copyright © 2010 by Prudential Connecticut Realty. An Independently owned and operated member of Prudential Real Estate Affiliates, Inc.
Prudential is a registered service mark of The Prudential Insurance Company of America. Equal Housing Opportunity

http://www.prudentialct.com/ListingDetails.aspx?LK=1822639     5/19/2010