# Exhibit F


② NEITHERS PHOTO



**Pia Ciccone**

Work:(860) 675-0646, Mobile:(860) 573-4026
Email:piac@snet.net | piaciccone.featuredwebsite.com

## TO BE BUILT CUSTOM CAPE - COME AND CUSTOMIZE!
Burlington, CT; 06013

**$699,900**


Source: CTMLS, Inc.

| | |
|---|---|
| MLS# | G541881 |
| Type | Single Family Property |
| Bedrooms | 4 |
| Bathrooms | 3.50 |
| Square Footage | 3950 |
| Lot Size | 1.98 acres |

BURLINGTON'S FINEST ATOP TAINE MOUNTAIN*ON THE FARMINGTON LINE & MINUTES FROM ROUTE 44*SARD CUSTOM HOMES, LLC CAN HELP YOU CREATE YOUR NEW HOME*A CAPE HAS BEEN PROPOSED ON THIS PARCEL BUT BUILDER WILL ENTERTAIN OTHER PLANS*THE PERFECT OPPORTUNITY AWAITS!

**Features**
- Single Family Property
- Status: Active
- Area: Burlington
- County: Hartford
- Subdivision: HIGHWOOD CROSSING
- Year Built: 2009
- New construction
- 4 total bedroom(s)
- 3.5 total bath(s)
- 3 total full bath(s)
- 1 total half bath(s)
- 9 total rooms
- Approximately 3950 sq. ft.
- Two story
- Style: Cape Cod
- Master bedroom
- Dining room
- Family room
- Basement
- Laundry room
- Master bedroom Is Features: Bedroom Suite, First Floor, Full Bath
- Basement is Full Basement, Unfinished
- Hardwood floors
- 2 fireplaces
- 3 car garage
- Attached parking
- Heating features: Oil, Warm Air
- Central air conditioning
- Interior features: Crown Molding, Foyer, Granite Or Corian Countertops, Wainscoting, Carpeted, Tile, Wooden Flooring, Cable Tv Available, Laundry Is On The First Floor, Attic Crawl Space
- Exterior features: Paved Driveway
- Exterior construction: Wood
- Energy Info: Multi Zone Heat, Thermo Pane Windows
- Lot features: Neighborhood
- Approximately 1.98 acre(s)
- Lot size is between 1 and 2 acres
- Topography: Lightly Wooded
- Utilities present: Septic Sewer, Water Supply From Private Well
- Elementary School: LAKE GARDA
- Middle School: HARBUR
- High School: LEWIS MILLS


Prudential Connecticut Realty