Exhibit I

*(Kim D'Andrea 8604574221)*
*Floor Agent*





WeightWatchers
Stop Dieting. Start Living.

**REALTOR.com**
Official Site of the
National Association of REALTORS®.

Welcome | Sign In | Sign Up

Find A Home     Home Finance     Moving     Home & Garden          My Listings   3     My Searches   0

Home > Lot 2 Highwood Xing

---

## Lot 2 Highwood Xing Burlington, CT 06013
**$599,900** Estimate My Monthly Payment |Get at Mortgage Rates
4 Bed, 3.5 Bath | 3,400 Sq Ft on 1.98 Acres | MLS #G539689 · Refreshed 13 minutes ago

Save Listing   Send to Friend   Share   Print

Request More Details

**39 Ashton Clr, Simsbury, CT 06070**
Presented by
**Roseann Podrasky**

" You Know Me...I Know The Valley!"

Office: (860) 674-0300
Fax: (860) 676-1400
Broker: (800) 555-1212

Email Agent
Visit Agent's Website
Agent's Other Listings

Brokered by
**Coldwell Banker Residential Brokerage - Avon**

Office: (860) 674-0300
Fax: (860) 676-1400

Email Office
Visit Broker's Website
Broker's Other Listings

No Additional Photos Provided

### Property Information for Lot 2 Highwood Xing          Save Listing

A great value in this beautiful new neighborhood. Built by Sard Custom Homes, LLC. Just minutes to the Farmington train line and the Farmington Shoppes.

### Property Features

- Single Family Property
- Status: Active
- Area: Burlington
- County: Hartford
- Subdivision: Highwood Crossing
- Year Built: 2009
- New construction
- 4 total bedroom(s)
- 3.5 total bath(s)
- 3 total full bath(s)
- 1 total half bath(s)
- 8 total rooms

- Approximately 3400 sq. ft.
- Two story
- Style: Colonial
- Dining room
- Family room
- Basement
- Laundry room
- Basement is Full Basement, Unfinished
- Hardwood floors
- Fireplace(s)
- 3 car garage

- Attached parking
- Heating features: Oil, Warm Air
- Central air conditioning
- Exterior construction: Wood
- Energy Info: Multi Zone Heat
- Approximately 1.98 acre(s)
- Lot size is between 1 and 2 acres
- Topography: Lightly Wooded
- Utilities present: Septic Sewer, Water Supply From Private Well
- Elementary School: Lake Garda
- High School: Lewis Mills

### Agent's Other Real Estate Listings



**10 Highwood Crossing, Burlington,...**
$200,000.
7.6 Acres

### Interior Features
Carpeted, Tile, Wooden Flooring, Cable Tv Available, Laundry Is On The Upper Level

### Exterior Features
Paved Driveway

### Listing Information
Refreshed at 12:55 PM PT (13 minutes ago)
Added on Sep 2, 2009 (260 days ago)

### To access this page directly, use
http://www.realtor.com/realestateandhomes-detail/Lot-2-Highwood-Xing_Burlington_CT_06013_1112305690

### Contact Information for Lot 2 Highwood Xing

Ask a Question | Request More Details | Send to a Friend

My Last Name

Lot 2B Terrys Ridge, Avon, CT 06001
$950,000
4 Bed, 3.5 Bath, 4,100 Sq Ft on 1 Acres
See all other listings for this agent

**My Email**

**Questions & Comments**

☐ Send me a copy of this email
☑ Save this listing
You'll create your REALTOR.com® account in the next step

**Send**

We will never share your personal information. Privacy Policy

**Find a Mover**

Move Date

Move From (Zip Code)

Move Size
Select a Size

Get a Moving Quote

| Finance Your Home: | Move: | Settle In: |
| --- | --- | --- |
| • Get your Credit Report/ Score before getting a mortgage | • Get 50% off DIRECTV for 1 year. | • Got a question? Ask Sherwin-Williams™. |
| • Mortgage Calculator | • Get Discounts on Truck Rentals | • Need rental furniture? CORT can help! |
| • Free Buying Guides From Wells Fargo | • Free Storage Quotes | • Get 3 Free Home Improvement Bids |

| Real Estate by Type | Real Estate by Bedrooms | Cities Near Burlington | Search Popular Content |
| --- | --- | --- | --- |
| Condos & Townhomes in Burlington | 1 Bedroom in Burlington | Avon Homes For Sale | Real Estate iPhone App |
| Single Family Homes in Burlington | 2 Bedrooms in Burlington | Bakersville Homes For Sale | Do It Yourself |
| Multi-Family Homes in Burlington | 3 Bedrooms in Burlington | Bristol Homes For Sale | Find a Mover |
| View More Real Estate by Type | View More Real Estate by Bedrooms | View More Cities Near Burlington | View More Popular Content |

REALTOR.com® is the leading website to find real estate in Burlington, CT or other local mls property listings. Here, you'll discover detailed Burlington, CT mls listings and other featured properties and homes for sale or rentals in Burlington, CT. You'll get all the listing details you need including home price, year built, pictures, number of bedrooms, and other home features. You can even find a realtor and request a showing regarding select homes for sale. You'll have access to all the property details for free and can easily find a Realtor and other real estate information for each property on REALTOR.com® Show more

The Estimated Payment and Mortgage Calculator are offered as a tool for your convenience and are not an offer of credit. Based on U.S. rates. Estimated payment is the combination of principal and interest and does not include taxes, insurance or other charges. Actual mortgage rates and fees may vary, so check with your local lender for information.

All information provided by the listing agent/broker is deemed reliable but is not guaranteed and should be independently verified.

For Professional REALTORS®, did you know that you could have special features like virtual Tours on your homes for sale? Click here to find out more!

Search in popular metros: Atlanta | Austin | Boston | Campbell | Chicago | Dallas | Denver | Detroit | Houston | Las Vegas | Long Island
Los Angeles | Memphis | Miami | New York City | Palm Beach | Sacramento | San Diego | Seattle
Corporate: Site Map | Corporate News & Info | Contact Us | Advertise With Us | Careers | Provide Feedback [»] | Terms of Use and Privacy Policy.
Partnerships: Homes by REALTOR.com® | What's Your Home Worth
Move.com® | REALTOR.com® | Moving.com | Assisted Living | TOP PRODUCER®
HomeInsight.com | Find a Home | New Homes | Apartments | Houses for Rent | Property Values | MLS Search | US Property Search

© 1995-2010 NATIONAL ASSOCIATION OF REALTORS® and Move, Inc. All rights reserved.  Equal Housing Opportunity
REALTOR.com® is the official site of the National Association of REALTORS® and is operated by Move, Inc.

REALTOR® -- A Registered collective membership mark that identifies a real estate professional who is a member of the National Association of REALTORS® and subscribes to its
strict Code of Ethics. Inquiries regarding the Code of Ethics should be directed to the board in which a REALTOR® holds membership.

